UNITED STATES OF AMERICA
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:06cr333 AWT |
| v. | : VIOLATION: CR 07-31 PAM |
| MICHAEL T. HANNA | : 18 U.S.C. §1030(a)(5) |
| | : (Fraud and Related Activity in Connection |
| | :   with Computers) |

## INFORMATION

The United States Attorney Charges that:

1. At all times relevant to this information defendant MICHAEL T. HANNA was a resident of Maple Grove, Minnesota.

2. On or about February 10, 2003 defendant MICHAEL T. HANNA knowingly caused the transmission of a program, that is a distributed denial of service ("DDoS") attack, which targeted the University of Connecticut computer network.

3. The DDoS attack was accomplished through the use of numerous compromised computer systems (hereinafter referred to as a "bot-net") which had been programed to allow a single computer user to control and command them. The bot-net was utilized to send, simultaneously over the internet, numerous data packets, known as a User Datagram Protocol Flood ("UDP Flood"), to the University of Connecticut computer network which essentially forced the University of Connecticut computer network to shut down, thereby denying internet service to legitimate users.

4. As a result of the DDoS attack, the users of the University of Connecticut computer network were unable to access the internet on February 10, 2003 between the hours of 10:20 a.m. and 12:00 p.m. In addition, the University of Connecticut computer network automatically diverted incoming data packets to the computer network of the State of Connecticut Department of

SCANNED
JAN 29 2007
U.S. DISTRICT COURT ST. PAUL

2

Information Technology ("DoIT network"). As a result, the DoIT computer network was also affected and its users were unable to access the internet during the DDoS attack.

5. Among the users of the DoIT network are certain hospitals which utilize the DoIT computer network to access Department of Public Health services, including but not limited to the Newborn Screening Program, which processes critical information obtained over the internet from hospitals and health care providers throughout Connecticut, and the Vital Records Registry database.

6. On or about February 10, 2003, in the District of Connecticut and elsewhere, defendant MICHAEL T. HANNA, did knowingly cause the transmission of a program, information, code or command, that is a DDoS attack, and as a result of this conduct intentionally caused damage, without authorization, to the University of Connecticut computer network and the State of Connecticut Department of Information Technology computer network and by such conduct caused the modification and impairment, or potential modification and impairment, of the medical examination, diagnosis, treatment or care of one or more individuals.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A)(i) and 1030(a)(5)(B)(ii).

JOHN H. DURHAM
ACTING UNITED STATES ATTORNEY

NORA R. DANNEHY
SUPERVISORY ASSISTANT U. S. ATTORNEY

ANASTASIA E. KING
ASSISTANT UNITED STATES ATTORNEY